UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

LUIS SIRA,                          )    Case No. 2:26-cv-00828-RFB-DJA
                                    )
AUGUSTO CESAR REYES CAMPOS,         )    Case No. 2:26-cv-00850-RFB-BNW
                                    )
            Petitioners,            )    ORDER TEMPORARILY UNSEALING
                                    )    TRANSCRIPT
      vs.

TODD BLANCHE, et al.,

            Respondents.
      Upon the request of counsel of record, Margaret Lambrose, Esquire, and good cause appearing:

      IT IS HEREBY ORDERED the following transcript which contains a sealed portion shall be unsealed only to the Court Reporter in order to permit the Court Reporter to prepare transcript of the following hearing and sealed portions: 6/15/2026, Show Cause hearing.

      IT IS FURTHER ORDERED that the Court Reporter shall transcribe the sealed portion of the hearing identified herein and provide a copy of the sealed portion to counsel of record, Margaret Lambrose, Esquire.

      IT IS FURTHER ORDERED that the transcript portion identified herein shall remain under seal on the public record until further order of this Court, or the Ninth Circuit Court of Appeals.

      Dated June 18, 2026.

_____
Richard F. Boulware, II
U.S. District Judge